# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANET MILLER-CHAUMONT and CAMILLE NELSON, | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV104 |
| vs. | ) ) | ORDER TO SHOW CAUSE |
| DEFFENBAUGH INDUSTRIES, | ) ) ) | |
| Defendant. | ) | |

    This case is before the magistrate judge for full pretrial supervision. The court file shows that the parties were ordered to file their Rule 26(f) planning report by May 3, 2007. While plaintiff's attorney was informally given a short extension of this deadline, over one month has passed, no planning report has been filed, and neither party has formally requested a continuance of the Rule 26(f) reporting deadline. There has been no activity in the case since Deffenbaugh Industries filed its answer on March 20, 2007.

    **IT THEREFORE IS ORDERED** that the parties shall file their Rule 26(f) planning report before the close of business on **June 13, 2007**, or show cause by written affidavit why they cannot comply with the court's deadline.

    **DATED June 6, 2007.**

                                             **BY THE COURT:**

                                             **s/ F.A. Gossett**
                                             **United States Magistrate Judge**