# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANET MILLER-CHAUMONT and CAMILLE NELSON, | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV104 |
| vs. | ) ) | ORDER |
| DEFFENBAUGH INDUSTRIES, | ) ) | |
| Defendant. | ) | |

Upon review of the file,

**IT IS ORDERED** that plaintiffs' Motion for Additional Time [6] is granted, as follows:

1. The parties are given until and including **June 15, 2007** to file a Status Report advising the court of their choice of mediator.

2. If the parties cannot comply with paragraph 1, they shall file their Rule 26(f) planning report no later than **June 27, 2007.**

3. The Order to Show Cause [5] is deemed satisfied.

**DATED June 7, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**