# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANET MILLER-CHAUMONT and CAMILLE NELSON, | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV104 |
| vs. | ) ) | ORDER |
| DEFFENBAUGH INDUSTRIES, | ) ) ) | |
| Defendant. | ) | |

The mediator, John Brownrigg, has this date filed a Mediation Closure Notice advising that no agreement was reached in mediation; however, the parties have agreed to expeditiously conduct limited discovery and to reconvene the mediation thereafter. Accordingly,

**IT IS ORDERED:**

1. This case is no longer stayed and the parties may conduct discovery.

2. Counsel shall contact chambers no later than July 27, 2007 to schedule a planning conference with the undersigned.

**DATED July 20, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**