IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JANET MILLER-CHAUMONT and )
CAMILLE NELSON, )                          Case No. 8:07cv104
)
Plaintiffs, )
)
vs. )
)                                   **ORDER**
DEFFENBAUGH INDUSTRIES, )
)
Defendant. )

Upon notice of settlement given to the magistrate judge by Joel Carney, counsel for Plaintiffs,

**IT IS ORDERED:**

1.  On or before **January 21, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2.  Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3.  The Rule 16 planning conference set for December 20, 2007, is cancelled upon the representation that this case is settled.

Dated this 20th day of December 2007.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge